# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Caldwell v. City of Chicago, et al., | FILED: MAY 28, 2008<br>08CV3067   PH<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Torrence Caldwell

| |
|---|
| NAME (Type or print)<br>Louis J. Meyer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/    Louis J. Meyer |
| FIRM<br>Law Offices of Lawrence V. Jackowiak |
| STREET ADDRESS  20 North Clark Street, Suite 1700 |
| CITY/STATE/ZIP  Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290221 | TELEPHONE NUMBER<br>312-795-9595 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐