## *United States District Court for the Northern District of Illinois*

Case Number: 08cv3067      Assigned/Issued By: j. n.

Judge Name: der-yeghiayan     Designated Magistrate Judge: mason

---

**FEE INFORMATION**

*Amount Due:* ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350         Receipt #: 2810187

Date Payment Rec'd: 5-28-08      Fiscal Clerk: j. n.

---

**ISSUANCES**

☑ Summons                    ☐ Alias Summons
☐ Third Party Summons        ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
   _____
   (Victim, Against and $ Amount)
☐ Citation to Discover Assets
☐ Writ _____
   (Type of Writ)

  1  Original and  0  copies on  5/28/08  as to  defendant

C:\wpwin80\docket\feeinfo.frm     03/14/05