UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TORRENCE CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3067 |
| | ) | |
| vs. | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Mason |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## INITIAL STATUS REPORT

1) **Nature of claims and counterclaims:** Section 1983 action alleging unreasonable seizure, excessive force, failure to intervene; Monell claim against the City of Chicago.

2) **Relief sought by plaintiff:** Money damages.

3) **Names of parties not served:** None.

4) **Principal legal issues:** §1983 civil conspiracy, excessive force, Monell claim against the City of Chicago.

5) **Principal Factual Issues:** The major factual and legal issues involve the alleged use of excessive force, unreasonable seizure , and whether the actions were taken pursuant to alleged unconstitutional customs, practices and policies.

6) **List of pending motions:** None.

7) **Description of discovery requested and exchanged:** No discovery has been exchanged.

8) **Type of discovery needed:** Plaintiff is seeking discovery related to the facts of incident, the identity of the Defendant-Officer, and Monell.

9) **Proposed dates:**

   a)   Rule 26(a)(1)  disclosures due: July 11, 2008

   b)   Close of fact discovery: November 28, 2008

   c)   Close of expert discovery: January 30, 2009

        Dates for delivery of expert reports:

- Plaintiff to disclose expert reports by December 1, 2008
- Defendants to disclose expert reports by December 19, 2008
- Plaintiff to disclose rebuttal expert report by January 2, 2009

    d)    <u>Filing of dispositive motions</u>: January 30, 2009.

    e)    <u>Filing of final pretrial order</u>: 30 days after ruling on dispositive motion.

**10)** **Estimation of when the case will be ready for trial:** Upon filing of pretrial order.

**11)** **Probable length of trial:** 3-4 days.

**12)** **Whether there has been a request for a jury trial:** All parties have demanded a jury trial.

**13)** **Status of settlement discussions:** Settlement discussions have not yet occured.

**14)** **Consent to proceed before the Magistrate Judge:** There is not unanimous consent.

Respectfully Submitted,

Dated: <u>June 18, 2008</u>
/s/Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595
*Attorney for the Plaintiff*