**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Torrence Caldwell
                      Plaintiff,

v.                                    Case No.: 1:08−cv−03067
                                                  Honorable Samuel Der−Yeghiayan

City Of Chicago, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan:Status hearing held and continued to 08/06/08 at 9:00 a.m. Defendant's responsive pleading is hereby stayed. As stated on the record, Plaintiff is given leave to take limited discovery to determine the names of the individual officers. Plaintiff is further given leave to file an amended complaint identifying the unidentified officers. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.