IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TORRENCE CALDWELL, | ) | |
| | ) | 08 C 3067 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Der-Yeghiayan |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | Magistrate Judge Mason |
| Defendants. | ) | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

**TO**:  Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark, Suite 1700
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on August 14, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, this **AGREED MOTION FOR ENTRY OF A PROTECTIVE ORDER,** a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that on **August 20, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Der-Yeghiayan, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present the attached motion.

I hereby certify that I have served this notice and the attached document by electronic means to the person named above this 14th day of August, 2008.

By: **/s/ *Megan K. McGrath***
Megan K. McGrath
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-8369
Attorney No. 06288408