## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3067 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Caldwell vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendant City's agreed motion for entry of protective order is granted. All dates previously set are to stand.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | U.S. DISTRICT COURT | Courtroom Deputy Initials: | maw |
|---|---|---|---|
| | 2008 AUG 20 PM 2:00 | | |
| | FILED | | |