UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TORRENCE CALDWELL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3067 |
| | ) | |
| vs. | ) | Judge Der-Yeghiayan |
| | ) | Magistrate Judge Mason |
| CITY OF CHICAGO, | ) | |
| Chicago Police Officers | ) | Jury Demand |
| ROBERT ROTH, Star 12916, and | ) | |
| FABIAN ELMER, Star 13999, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:** Megan McGrath
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on Monday, September 8, 2008, I have filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying **Plaintiff's First Amended Complaint.**

## CERTIFICATE OF SERVICE

I, Lawrence V. Jackowiak, certify that on Monday, September 8, 2008, this notice and the above-described document(s) were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Lawrence V. Jackowiak
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Louis J. Meyer
Daniel P. Kiss
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595